UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al., <br><br> Defendants - Appellees. | No. 25-5361 <br><br> D.C. No. 1:25-cv-00061-AKB <br> District of Idaho, Boise <br><br> ORDER |

The motion (Docket Entry No. 3) to expedite is granted. The opening brief is due September 19, 2025. The answering brief is due October 17, 2025. The optional reply brief is due 21 days after service of the answering brief. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT