| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | OCT 22 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PENGUIN RANDOM HOUSE, LLC; et al.,

    Plaintiffs - Appellants,

 v.

RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al.,

    Defendants - Appellees.

No. 25-5361

D.C. No. 1:25-cv-00061-AKB
District of Idaho, Boise

ORDER

Before: BERZON, RAWLINSON, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 15) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due November 21, 2025. The answering brief is due December 22, 2025. The optional reply brief is due 21 days after the answering brief is served.