UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PENGUIN RANDOM HOUSE, LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> RAUL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al., <br><br> Defendants - Appellees. | No. 25-5361 <br><br> D.C. No. 1:25-cv-00061-AKB <br> District of Idaho, Boise <br><br> ORDER |

The parties are ordered to file supplemental briefs of no more than five pages addressing the impact, if any, of the mandate issued in *Northwest Association of Independent Schools, et al. v. Labrador, et al.*, No. 25-2491. On March 2, 2026, the mandate was issued in that case, and the judgment of this court took effect (Dkt. 46). The parties shall file their briefs within fourteen days of the filed date of this order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT